# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 25-116-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **FINAL ORDER OF FORFEITURE** |
| **PERCY LEE BROWN,** | |
| **Defendant.** | |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 36) pursuant to Fed. R. Crim. P. 32.2(c)(2) to forfeit, to the United States, the property identified below. Having reviewed said Motion, the Court FINDS:

1. The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d) for violation of 18 U.S.C. § 922(g)(1) & (k), to which Defendant Percy Lee Brown pled guilty.

2. The Court entered a Preliminary Order of Forfeiture on January 29, 2026 (Doc. 28) finding the following property subject to forfeiture and forfeiting Defendant's interest in it:

    a. High Standard, model Double Nine, .22 caliber revolver, S/N: obliterated; and

1

b. Any associated accessories and ammunition, including 9 rounds of assorted .22 caliber ammunition.

3. All known interested parties were provided an opportunity to respond and published notice is complete, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6).

4. To date, no third-party claims have been made to this property and the time for doing so expired when published notice was complete.

Accordingly, IT IS ORDERED that:

1. The United States' Motion for Final Order of Forfeiture (Doc. 36) is **GRANTED** pursuant to Fed. R. Crim. P. 32.2(c)(2).

2. The above-listed property is fully and finally forfeited to the United States, free from the claims of any other party.

3. The United States has full and legal title to this forfeited property and may dispose of it in accordance with governing law when no longer needed as evidence.

DATED this _20th_ day of April, 2026.

SUSAN P. WATTERS
United States District Court Judge

2